### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

| | |
|---|---|
| **CHARLES SIMPSON** | **PLAINTIFF** |
| **VS.** | **CIVIL ACTION NO. 3:05CV677-WHB-AGN** |
| **JACKSON COCA-COLA BOTTLING COMPANY AND COCA-COLA ENTERPRISES, INC.** | **DEFENDANTS** |

### FINAL JUDGMENT

In accordance with the Opinion and Order which granted the Motion of Coca-Cola Enterprises, Inc. to Compel Arbitration and to Dismiss or Stay Litigation Pending Arbitration, Plaintiff Charles Simpson is ordered to submit to arbitration his claim against Defendant Coca-Cola Enterprises, Inc.  This case is hereby administratively dismissed from the active docket of this Court. However, either party may move to re-open this case if further judicial intervention is necessary to enforce the rulings of this Court, or to enforce the rulings of the arbitrator.

SO ORDERED this the 16th day of December, 2005.

s/ William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE